UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TREMAINE CARTER<br><br>          Defendant, | 2:14-CR-00216-KJD-CWH<br><br>ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE |

Presently before the Court is the matter of *United States v. Tremaine Carter,* 2:14-cr-00216-KJD-CWH.

On October 24, 2018, this Court held a hearing for revocation of supervised release as to Mr. Carter. The Court ordered that Mr. Carter reside in the residential re-entry center/halfway house for a period of up to three (3) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Tremaine Carter reside in a residential re-entry center/half way house for a period of up to three (3) months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED THIS 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

-1-